248 So.2d 830

**STATE of Louisiana ex rel.
Sam GROSS**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

**No. 51491.**

June 16, 1971.

In re: Sam Gross applying for writs of certiorari, prohibition, mandamus and habeas corpus.

Application denied. Considering the application and the evidence taken at the hearing below, we are of the opinion that the showing made is insufficient to warrant the exercise of our original or supervisory jurisdiction.

BARHAM, J., is of the opinion the writ should be granted. See Boykin v. Alabama, 395 U.S. 238, 89 S.Ct. 1709, 23 L.Ed.2d 274 and my dissention State ex rel. Thompson v. Henderson, 258 La. 548, 246 So.2d 859.